AO 93 (Rev. 12/09) Search and Seizure Warrant


FILED
APR 1 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of   )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*   )
)
Blue cell phone, model number PM23220 bearing serial   )
number HT2CVW605370   )
)

Case: 1:16-mj-00289
Assigned To : Magistrate Judge Deborah A. Robinson
Assign. Date : 04/08/2016
Description: Search & Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A incorporated herein and included as part of this Search Warrant.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein and included as part of tthe Affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 22, 2016
   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ .
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: APR -8 2016 @ 12:05 pm

City and state:   Washington, D.C.

*Judge's signature*
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:16-mj-00289 | Date and time warrant executed: 4/8/2016 @ 5:00 pm | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Image of device contents.

**FILED**
APR 14 2016
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/2016

_____
Executing officer's signature

Ficordino Whitwell, Senior Inspector
Printed name and title

**ATTACHMENT A – ITEM TO BE SEARCHED**


Blue HTC cell phone, Model PM23220, bearing serial number HT2CVW605370


This warrant authorizes the forensic examination of this Target Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B – ITEMS TO BE SEIZED

1. All information, in whatever form and by whatever means it was created or stored, including names, addresses, calendars, contact information, data, phone numbers, phone call records, text messages, images, voice memos, voice messages, photographs, videos, internet sites, internet access, documents or other information, contained in the internal, external or removable memory or memories, on the **Target Device** described in Attachment A that relate to violations of Title 18, United States Code, Sections 2251 and 2252 and involve ANDRE HAMMOND:

2. Evidence of user attribution showing who used or owned the device, such as phone books, saved usernames and passwords, and documents.

3. Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, RM and MPEG), and the data within the aforesaid objects relating to said materials, which may be, or are, used to: visually depict images of children

4. Records and things evidencing the use of the Internet to communicate with servers, including:

    a. records of Internet Protocol addresses used and records of Internet activity; and

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

5. Records which evidence membership with any website or chat room or organizations related to the sex trafficking of children, including without limitation, e-mail, correspondence and envelopes, passwords, credit card bills or receipts, and URL

addresses.

    i. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.